UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST<br>712 H Street, N.E.<br>Suite 1682<br>Washington, D.C. 20002,<br><br>      Plaintiff,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street NW, Suite 9272<br>Washington, DC 20503<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:25-cv-3377 |

## COMPLAINT

1.     Plaintiff Protect the Public's Trust ("PPT") brings this action against the Office of Management and Budget ("OMB") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel OMB's compliance with FOIA.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3.     Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.     Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical conduct to all public servants. PPT seeks to promote transparency and broadly disseminate

1

information so that the American people can evaluate the integrity and ethical conduct of those who act in their name.

5. Defendant OMB is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). OMB has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On September 25, 2023, PPT submitted two FOIA requests to OMB's FOIA Officer, Tim Nusraty.

7. One request, (herein referred to as Request "A" and attached hereto as Exhibit "A"), sought records from January 1, 2021, through the date the request was processed, related to the communications between Tiffany Crawford, Jacob Garcia, and Michael Hagan and employees at the following external organizations:

    a. Arabella Advisors, arabellaadvisors.com
    b. Beyond Petrochemicals, beyondpetrochemicals.org
    c. Center for American Progress, americanprogress.org
    d. Center for Biological Diversity, biologicaldiversity.org
    e. Climate Reality Project, climatereality.com
    f. ClimateWorks, climateworks.org
    g. Cook Inlet Keeper, inletkeeper.org
    h. Deep South Center for Environmental Justice, dscej.org
    i. Defenders of Wildlife, defenders.org
    j. Democracy Forward, democracyforward.org
    k. Earthjustice, earthjustice.org
    l. Environmental Defense Fund, edf.org
    m. Everglades Foundation, evergladesfoundation.org
    n. Friends of the Earth, foei.org
    o. Georgetown Climate Center, law.georgetown.edu
    p. Healthy Gulf, healthygulf.org
    q. League of Conservation Voters, lcv.org
    r. Media Matters, mediamatters.org
    s. National Audubon Society, audubon.org
    t. National Wildlife Foundation, nwf.org
    u. Native Renewables, nativerenewables.com
    v. Natural Resources Defense Council, nrdc.org

|  |  |  |
|---|---|---|
| | w. | New Venture Fund, newventurefund.org |
| | x. | New York University, nyu.edu |
| | y. | NewAmerica, newamerica.org |
| | z. | NextGen, nextgen.com |
| | aa. | Ocean Conservancy, oceanconservancy.org |
| | bb. | Ocean Defense Initiative, oceandefenseinitiative.org |
| | cc. | Oceana, oceana.org |
| | dd. | Protect Democracy, protectdemocracy.org |
| | ee. | Resources Legacy Fund, resourceslegacyfund.org |
| | ff. | RMI, rmi.org |
| | gg. | Sierra Club, sierraclub.org |
| | hh. | State Energy & Environmental Impact Center, nyu.edu |
| | ii. | Taproot Earth, taproot.earth |
| | jj. | The Climate Group, climategroup.org |
| | kk. | The People's Justice Council, thepeoplesjusticecouncil.org |
| | ll. | Union of Concerned Scientists, ucsusa.org |
| | mm. | US Climate Alliance, usclimatealliance.org |
| | nn. | We Act for Environmental Justice, weact.org |
| | oo. | We Mean Business Coalition, wmbcoalition.org |
| | pp. | Western Conservation Foundation, wcfnd.org |
| | qq. | WildEarth Guardians, wildearthguardians.org |

8. The second request, (herein referred to as Request "B" and attached hereto as Exhibit "B"), sought records from January 20, 2021, through the date the request was processed, related to the communications between:

    a. Jacob Garcia and Michael Hagan with officials at Department of the Interior (doi.gov) or the Bureau of Ocean Energy Management (boem.gov); and

    b. Tiffany Crawford, Jacob Garcia, and Michael Hagan with the Bureau of Ocean Energy Management (boem.gov).

9. Requests A and B seek documents in the public interest because it will help the public's understanding of OMB and its compliance with its own mission and responsibilities, how different agencies communicate and collaborate on various issues, and how OMB employees communicate with the listed prominent external organizations.

10. On September 26, 2023, OMB acknowledged receipt of Request A and assigned it OMB FOIA number 2023-581 (Exhibit C).

11. On June 16, 2025, PPT requested a status update from OMB regarding Request A (Exhibit D), and received an automated reply confirming receipt and that it would provide further information where appropriate (Exhibit E).

12. On September 26, 2023, OMB acknowledged receipt of Request B and assigned it OMB FOIA number 2023-582 (Exhibit F).

13. As of the date of filing, PPT has not received any further communication regarding the records from Requests A and B.

14. OMB has still not made any determinations with regard to PPT's FOIA Requests despite over 729 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). OMB has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determinations.

15. OMB has thus violated its FOIA obligations.

16. Because OMB has failed to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

17. PPT repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

18. PPT's OMB requests discussed above were properly submitted requests for records within the possession, custody, and control of OMB.

19. OMB is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to proper FOIA requests.

20. OMB is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its requests.

21. OMB's failure to provide all non-exempt responsive records violates FOIA.

22. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring OMB to promptly produce all non-exempt records responsive to its FOIA requests and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff PPT respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until OMB complies with the requirements of FOIA and any and all orders of this Court.

B) Order OMB to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to PPT's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

Grant PPT other such relief as the Court deems just and proper.

Dated: September 23, 2025

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST

By Counsel:
/s/ Karin M. Sweigart

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

*Counsel for the Plaintiff*